*E-Filed 8/27/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC SMITH, | No. C 13-1441 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| CARLA KENNEDY, et al., | |
| Respondent. | |

Petitioner's amended petition fails to comply with the Court's instructions dismissing, with leave to amend, the previous petition. More specifically, petitioner fails to raise any federal claims, or request relief in any specific fashion. Accordingly, the petition is DISMISSED <u>without</u> prejudice for failure to comply with the Court's order, and for failure to state a claim for relief. Also, it appears that petitioner seeks relief from on-going state court proceedings. If this is so, and if petitioner seeks to reopen the action, he must provide reasons justifying this Court's intervention in any on-going state proceedings. A new petition form will be sent to petitioner for his use should he chose to reopen the action. The Clerk shall enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED**.

DATED: August 27, 2013

RICHARD SEEBORG
United States District Judge